UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09
```

CARMEN S. NIEVES,

          Plaintiff,

-v-

DISTRICT COUNCIL 37 (DC 37), AFSCME, AFL-CIO, an unincorporated association pursuant to the laws of the State of New York, and the FEDERATION OF FIELD REPRESENTATIVES/MUNICIPAL EMPLOYEES LEGAL SERVICES ASSOCIATION (FFR/MELSSA),

          Defendants.

No. 04 Civ. 8181 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's e-mail dated August 7, 2009, requesting a second extension of time to comply with the Court's July 15, 2009 Order. Defendants consent to the request.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's time to comply with the July 15, 2009 Order is extended until August 25, 2009. No further extensions will be granted.

SO ORDERED.

DATED:    August 8, 2009
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE